IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA E. VALLE-PÉREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 25-1192 (GLS) |

**ORDER**

Plaintiff Maria E. Valle-Pérez filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1.

On July 2, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 12. Plaintiff filed her Memorandum of Law on September 13, 2025. Docket No. 17. On November 19, 2025, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 18.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of November 2025.

              s/Giselle López-Soler
              GISELLE LÓPEZ-SOLER
              United States Magistrate Judge